IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02110-RPM

COZEN O'CONNOR,

    Plaintiff,

v.

LINCOLN HILLS HOLDING COMPANY, LLC

    Defendant.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [13] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: September 9th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge